**[J-17-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | 24 WAP 2020 |
| | : | |
| Appellee | : | Appeal from the Order of the Superior |
| | : | Court entered 3/10/20 at No. 916 WDA |
| | : | 2019, affirming the order of the Court of |
| | : | Common Pleas of Allegheny County |
| v. | : | entered 6/6/19 at No. CP-02-CR-0008971- |
| | : | 2005 |
| | : | |
| ALLEN BROWN, | : | |
| | : | |
| Appellant | : | SUBMITTED:  January 21, 2021 |
| | : | |

*ORDER*

**PER CURIAM**

**AND NOW**, this 25th day of March**,** 2021, this appeal is dismissed as having been improvidently granted.